Dismissed and Memorandum Opinion filed June 12, 2009








 

Dismissed
and Memorandum Opinion filed June 12, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00252-CR

____________

 

JAVAUGHN CORTEZ PARTEE,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
182nd District Court

Harris County, Texas

Trial Court Cause No.
1153362

 



 

M E M O R A N D U M   O P I N I O N

A
written request to withdraw the notice of appeal, personally signed by
appellant, has been filed with this Court.  See Tex. R. App. P. 42.2.  Because this Court has not issued an
opinion, we grant appellant=s request.

Accordingly,
we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

Panel consists of Justices Yates,
Brown, and Boyce.

Do not publish C Tex.
R. App. P. 47.2(b).